USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
RODGER JENKINS and GREGORY JONES,

                Plaintiffs,

-against-

XPRESSPA GROUP, INC.,

                Defendant.
---------------------------------------------------------------- X

19-CV-1774 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

WHEREAS on November 27, 2019, Plaintiffs moved to amend the Second Amended Complaint, Dkt. 58;

WHEREAS on December 3, 2019, Defendant opposed Plaintiffs' motion to amend and filed a cross-motion under Fed. R. Civ. P. 12(c), Dkt. 60;

IT IS HEREBY ORDERED that Plaintiffs' reply in support of their motion to amend, if any, and opposition to Defendant's cross-motion are due no later than **December 17, 2019**, and Defendant's reply on its Rule 12(c) cross-motion, if any, is due no later than **December 26, 2019**.

IT IS FURTHER ORDERED that the conference scheduled for December 20, 2019, is ADJOURNED to **January 3, 2020, at 10:00 a.m.**

**SO ORDERED.**

Date: December 10, 2019
      New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**