USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/5/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
RODGER JENKINS and GREGORY JONES       :
                                       :
                    Plaintiffs,        :
                                       :
       -against-                       :      19-CV-1774 (VEC)
                                       :
                                       :      ORDER
XPRESSPA GROUP, INC.,                  :
                                       :
                    Defendant.         :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 5, 2021, the parties appeared before the Court for a conference;

IT IS HEREBY ORDERED that the parties' motions *in limine*, if any, are due no later than **March 3, 2021**, with responses due **March 17, 2021**. The parties' joint pretrial submissions are due no later than **April 2, 2021**, in accordance with the undersigned's Individual Rules. To the extent the parties are interested in proceeding by remote trial, the parties must indicate such interest in their joint pretrial order and must indicate the technology platform the parties propose the Court use to conduct a remote trial.

IT IS FURTHER ORDERED that due to the ongoing COVID-19 pandemic, the Court will not yet schedule a trial date or final pretrial conference. The Court will give the parties at least one month's notice before the scheduled trial date.

IT IS FURTHER ORDERED that if both Plaintiff Jones and Defendant are interested, the parties should file a letter with the Court requesting a referral to the Magistrate Judge for a settlement conference.

IT IS FURTHER ORDERED that counsel for Plaintiff Jenkins must submit a proposed partial judgment not later than **January 25, 2021**.

**SO ORDERED.**

Date:  **January 5, 2021**
       **New York, New York**

                                              **VALERIE CAPRONI**
                                              **United States District Judge**