USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
RODGER JENKINS and GREGORY JONES         :
                                         :
                         Plaintiffs,     :
                                         :
         -against-                       :    19-CV-1774 (VEC)
                                         :
                                         :    ORDER
XPRESSPA GROUP, INC.,                    :
                                         :
                         Defendant.      :
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS Plaintiff Jenkins and Defendant have each submitted letter motions and proposed partial judgments as to Plaintiff Jenkins' claims, *see* Dkt. 128, Dkt. 129;

IT IS HEREBY ORDERED that the parties must appear for a teleconference before the Court on **February 10, 2021, at 11:00 a.m.** The parties may dial-in to the proceeding using (888) 363-4749 // Access code: 3121171# // Security code: 1774#.

IT IS FURTHER ORDERED that the parties must be prepared to discuss whether good cause exists for the Court to find that, under Rule 54(b), there is "no just reason for delay" in issuing a final judgment in favor of Plaintiff Jenkins, and if so, what that purported good cause is.

**SO ORDERED.**

Date: February 3, 2021
      New York, New York

                                            _____
                                            **VALERIE CAPRONI**
                                            **United States District Judge**