**MEMO ENDORSED**

# GREENBERG FREEMAN LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/3/2021

Michael A. Freeman
freeman@greenbergfreeman.com

110 East 59th Street, 22nd Floor
New York, New York 10022
Tel  212.838.3121
Fax  212.838.5032
www.greenbergfreeman.com

February 3, 2021

**BY ECF**

Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      **Re:**    Jenkins v. Xpresspa Group, Inc.
                No. 19-cv-1774 (VEC)

Dear Judge Caproni:

     Our firm represents defendant Xpresspa Group, Inc.  We submit this letter to ask if the Court can reschedule the teleconference currently scheduled for February 10, 2021 at 11:00 a.m.  (ECF Dkt # 130).

     In support of this request, we submit the following information per Your Honor's rules of practice:  (1) the adjournment is being requested because this conference conflicts with one previously scheduled in another case the undersigned has before Hon. Andrew Borrok, New York State Supreme Court, New York County; (2) this is the first request for an adjournment; and (3) we have communicated with counsel for plaintiffs and determined that all counsel are available next week at the following times:  (i) Monday, February 8, after 10:30 am; (ii) any time on Tuesday, February 9; (iii) Wednesday, February 10, before 10:30 am or after 1:00 pm; and (iv) Thursday between 10:30 am – 11:30 am.

     We appreciate the Court's consideration of this request.

                                    Respectfully submitted,

                                    /s/ M*ichael A. Freeman*

                                    Michael A. Freeman

Hon. Valerie E. Caproni
February 3, 2021
Page 2

Cc:   Zachary H. Greene, Esq.
      James R. McCoon, Esq.
         (*both via ECF*)

Application GRANTED. The February 10, 2021 teleconference is rescheduled for **February 9, 2021, at 11:00 a.m.**

SO ORDERED.

*[signature]*

2/3/2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE