USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/1/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

RODGER JENKINS and GREGORY JONES          :
:
Plaintiffs,          :
:
-against-          :          19-CV-1774 (VEC)
:
:          <u>ORDER</u>
XPRESSPA GROUP, INC.,          :
:
Defendant.          :

----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties are tentatively scheduled to appear before the Court for a bench

trial in May 2021;

WHEREAS as of March 17, 2021, the parties' motions *in limine* are fully briefed; and

WHEREAS on March 22, 2021, the parties jointly notified the Court that its decision on

one of Defendant's motions *in limine* may help facilitate a settlement in advance of trial, Dkt.

142

IT IS HEREBY ORDERED that oral argument on the parties' motions *in limine* is

scheduled for **April 9, 2021, at 2:30 p.m.**  Oral argument will be conducted via Zoom video

conference.  Chambers will email the parties with further information on how to access the video

conference and will post a subsequent order providing a public dial-in.

IT IS FURTHER ORDERED that the parties must be prepared to discuss why their

arguments, including those invoking judicial estoppel, are appropriate for disposition on a

motion *in limine*.  *See, e.g.*, *Audio Technica U.S., Inc. v. United States*, 963 F.3d 569, 575 (6th

Cir. 2020) ("[I]t was improper for the district court to consider judicial estoppel within the

context of a motion *in limine*.  Rather than addressing the admissibility of certain pieces or types

of evidence, [plaintiff's] motion asked the court to bar the jury from hearing one side's

argument, essentially granting them judgment as a matter of law on that point.  Such non-

evidentiary legal issues must be decided in the context of a motion for summary judgment . . .

.").


**SO ORDERED.**

**Date:   April 1, 2021**
**       New York, New York**

**VALERIE CAPRONI**
**United States District Judge**