```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/9/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
RODGER JENKINS and GREGORY JONES   :
                                   :
                        Plaintiffs, :
                                   :
        -against-                  :         19-CV-1774 (VEC)
                                   :
                                   :         ORDER
XPRESSPA GROUP, INC.,              :
                                   :
                        Defendant. :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties are scheduled to appear before the Court for oral argument on April 12, 2021, at 2:30 p.m. via Zoom video conference;

IT IS HEREBY ORDERED that any parties or counsel who do not plan on speaking at the hearing and interested members of the public may dial-in using: (929) 205-6099; Meeting ID: 878 9695 6605; Passcode: 921292.  Any recording or retransmission of the hearing is strictly prohibited.

**SO ORDERED.**

**Date: April 9, 2021**
**New York, New York**

_Valerie Caproni_
**VALERIE CAPRONI**
**United States District Judge**