USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/4/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
RODGER JENKINS and GREGORY JONES  :
:
                             Plaintiffs,  :
:
             -against-  :         19-CV-1774 (VEC)
:
:         ORDER
XPRESSPA GROUP, INC.,  :
:
                            Defendant.  :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties are scheduled to appear before the Court for a Final Pretrial Conference on May 6, 2021, at 3:00 p.m. via Zoom video conference;

IT IS HEREBY ORDERED that any parties or counsel who do not plan on speaking at the conference and interested members of the public may dial-in using: (929) 205-6099; Meeting ID: 858 4653 7841; Passcode: 485737. Any recording or retransmission of the hearing is strictly prohibited.

**SO ORDERED.**

Date: **May 4, 2021**
     **New York, New York**
                                                                  **VALERIE CAPRONI**
                                                                   **United States District Judge**