USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/13/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RODGER JENKINS and GREGORY JONES          :
                                          :
                        Plaintiffs,       :
                                          :
        -against-                         :     19-CV-1774 (VEC)
                                          :
                                          :     ORDER
XPRESSPA GROUP, INC.,                     :
                                          :
                        Defendant.        :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS a bench trial in this matter is scheduled to begin on Monday, May 17, 2021, at 10:00 a.m.;

IT IS HEREBY ORDERED that any interested members of the public may dial-in to the proceeding using: (703) 552-8058; Conference Code: 646321. Any recording or retransmission of the hearing is strictly prohibited.

**SO ORDERED.**

Date: May 13, 2021
      New York, New York

                                                    _____
                                                    **VALERIE CAPRONI**
                                                    **United States District Judge**