UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/25/2021

-----------------------------------------------------------------x

RODGER JENKINS and GREGORY JONES,

                Plaintiffs,

     -v-

XPRESSPA GROUP, INC,

                Defendant.

-----------------------------------------------------------------x

No.  19-cv1774(VEC)(SLC)

ECF Case

Bond No. 3482613

## FINAL AGREED ORDER  DISCHARGING APPEAL BOND

      THIS CAUSE having come before the Court on the motion of the Defendant, with the consent of Plaintiffs, to Discharge Appeal Bond No. 3482613 posted by SureTec Insurance Company, as Surety, in the above-captioned action in the amount of One Million Fifty-Two Thousand Seven Hundred Fifth-Nine and 00/100 Dollars ($1,052,759) (ECF Dkt. #161) at the request of Defendant XpresSpa Group, Inc., as Principal. The judgment is satisfied, therefore, the Appeal Bond is no longer required and should be discharged and SureTec Insurance Company and its parents, affiliates and subsidiaries and XpresSpa Group, Inc., are released from any and all liability.

      NOW, THEREFORE, it is hereby

      ORDERED AND ADJUDGED that the judgment entered in this action (ECF Dkt. #158) has been fully satisfied, as evidenced by the Satisfaction of Judgment, a copy of which is attached hereto, and therefore the appeal Bond is no longer required and is hereby fully and unconditionally discharged, released and exonerated and SureTec Insurance Company and Defendant XpresSpa Group, Inc. are hereby released from any and all past, present and future liability arising under or in connection with the issuance of the appeal bond No. 3482613; and it is further

      ORDERED AND ADJUDGED that the Clerk of the Court is hereby directed to forthwith release the said Appeal Bond recorded with this Court, for immediate return to SureTec Insurance Company.

Dated:  August  25, 2021

                                             _____
                                             VALERIE E. CAPRONI, U.S.D.J.